UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DADE DIVISION

ALEJANDRO ESPINOZA,                                    CASE NO.: 1:22-cv-23979-JEM

     Plaintiff,

vs.

LACOSTE USA INC.

a Foreign for Profit Corporation

     Defendant,

_____/

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, ALEJANDRO ESPINOZA by and through his undersigned counsel, hereby files this
Notice of Voluntary Dismissal with Prejudice dismissing his action against Defendant. Each side
shall bear their own attorney's fees and costs.

**Respectfully Submitted,**

**MENDEZ LAW OFFICES, PLLC**
Attorney for Plaintiff
P.O. BOX 228630
Miami, Florida 33172
Telephone: 305.264.9090
Facsimile:  305.809.8474
Email:info@mendezlawoffices.com
By: /s/ Diego German Mendez
DIEGO GERMAN MENDEZ, ESQ.
FL BAR NO.: 52748

###